# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PENOVIA LLC.<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ZTE (USA) INC.<br><br>　　　　　　　Defendant. | Case No.: 2:14-cv-242-JRG<br>LEAD CASE |

## DEFENDANT ZTE (USA) INC.'S UNOPPOSED MOTION TO STAY DEADLINES

Defendant ZTE (USA) Inc. ("ZTE"), by and through its undersigned counsel, files this Unopposed Motion Stay Deadlines. ZTE and Penovia, LLC have reached a settlement in principal. Accordingly ZTE respectfully requests that the Court stay all pending deadlines, up to and including June 26, 2014, to allow the parties to prepare settlement papers and file a Motion to Dismiss with the Court. This motion is unopposed. This limited stay is for good cause and so that justice may be served.

Dated: May 27, 2014                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Shannon Dacus
　　　　　　　　　　　　　　　　　　　　　　Shannon Dacus
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00791004
　　　　　　　　　　　　　　　　　　　　　　Deron R. Dacus
　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 00790553
　　　　　　　　　　　　　　　　　　　　　　THE DACUS FIRM, P.C.
　　　　　　　　　　　　　　　　　　　　　　821 ESE Loop 323, Suite 430
　　　　　　　　　　　　　　　　　　　　　　Tyler, Texas 75701
　　　　　　　　　　　　　　　　　　　　　　903-705-1117 (phone & fax)
　　　　　　　　　　　　　　　　　　　　　　E-mail: sdacus@dacusfirm.com

　　　　　　　　　　　　　　　　　　　　　　COUNSEL FOR ZTE (USA) INC.

**CERTIFICATE OF SERVICE**

      The undersigned certifies that on this 27th day of May, 2014, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                    */s/ Shannon Dacus*
                                                    Shannon Dacus